**JUDGE RAKOFF**   07 CV 6280

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MED-ASIA SHIPPING LTD.,

                Plaintiff,

- against -

FAST SHIPPING AND TRADING CO.,

                Defendant.
-----------------------------------------------------------X



## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

        NONE.

Dated: July 9, 2007
       Southport, CT

                The Plaintiff,
                MED-ASIA SHIPPING LTD.

                By: _____
                Patrick F. Lennon (PL 2162)
                Nancy R. Peterson (NP 2871)
                LENNON, MURPHY & LENNON, LLC
                The Gray Bar Building
                420 Lexington Ave., Suite 300
                New York, NY 10170
                (212) 490-6050
                (212) 490-6070 (fax)
                pfl@lenmur.com
                nrp@lenmur.com