CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ 07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MED-ASIA SHIPPING LTD LTD.,                  :
                                             :
                                             :
                      Plaintiff,             :        **07-CV-6280**
                                             :
            v.                               :
                                             :        **NOTICE OF**
FAST SHIPPING AND TRADING and SIPEX,         :        **APPEARANCE**
                                             :
                                             :
                                             :
                      Defendant.             :
------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

        Please enter my appearance as counsel for Garnishee, Societe Generale New York

Branch.  I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
       August 3, 2007

                                    CLARK, ATCHESON & REISERT
                                    Attorneys for Garnishee
                                    Societe Generale New York Branch


                    By:     _____
                            Richard J. Reisert (RR-7118)
                            7800 River Road
                            North Bergen, NJ 07047
                            Tel: (201) 537-1200
                            Fax: (201) 537-1201

Email:  reisert@navlaw.com