```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------- x
MED-ASIA SHIPPING LTD.,                :
                                       :
              Plaintiff,               :        07 Civ. 6280 (JSR)
                                       :
              -v-                      :             ORDER
                                       :
FAST SHIPPING AND TRADING CO. and      :
SIPEX,                                 :
                                       :
              Defendants.              :
----------------------------------- :
                                       x
JED S. RAKOFF, U.S.D.J.
```

For the reasons stated from the bench, see transcript, 11/9/07, the Clerk of the Court is hereby directed to remove this case from the Active Calendar and add it to the Suspense Calendar. Plaintiff's counsel is directed to submit a short letter to this Court every six months notifying the Court of any developments in this case, the first such letter to be submitted on June 1, 2008, the second on December 1, 2008, and so forth.

SO ORDERED.

JED S. RAKOFF, U.S.D.J.

Dated:  New York, New York
        November 9, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11.13.07